UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 21-MJ-03637-BECERRA

-vs-

**GUSTAVO GERALDES,**
    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL AND CONSENT TO CONTINUE ARRAIGNMENT

**COMES NOW,** the Defendant, GUSTAVO GERALDES, by and through undersigned counsel, in order to facilitate further negotiations for a pre-indictment resolution, and files this Waiver of Speedy Trial right through March 7, 2022, pursuant to 18 U.S.C. 3161, and consent to continue the arraignment scheduled for February 25, 2022 to March 7, 2022.

_/s/ Joe Nascimento For_
GUSTAVO GERALDES
Dated: 2/24/2022

JOSEPH NASCIMENTO, ESQ.
Counsel for the Defendant

Respectfully Submitted,

ROSS AMSEL RABEN NASCIMENTO, PLLC
2250 S.W. Third Avenue, 4th floor
Miami, Florida 33129-2095
Telephone: (305) 858-9550
JoeNascimento@crimlawfirm.com
BY: /s Joseph E. Nascimento
    JOSEPH E. NASCIMENTO
    FLORIDA BAR NO. 70096